| | |
|---|---|
| <u>DEFENDANT:</u> | TEAK TY BROCKBANK |
| <u>AGE/YOB</u>: | 45/1979 |
| <u>COMPLAINT FILED?</u> | __X__ Yes   _____ No<br>24-mj-00143-KAS |

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u>   __X__ Yes   ____ No

| | |
|---|---|
| <u>OFFENSE(S)</u>: | <u>Count 1</u>: 18 U.S.C. § 875(c) – Threats in Interstate Commerce |
| <u>LOCATION OF OFFENSE:</u> | Denver County, Colorado |
| <u>PENALTY:</u> | <u>Count 1</u>: NMT 5 years' imprisonment; NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 Special Assessment. |
| <u>AGENT:</u> | Special Agent Amy Meyer, FBI |
| <u>AUTHORIZED BY:</u> | Cyrus Y. Chung<br>Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

__X__ five days or less; ___ over five days

<u>THE GOVERNMENT:</u>

__X__ will seek detention in this case based on 18 U.S.C. § 3142(f)(1) and/or (f)(2).

_____ will not seek detention

The statutory presumption of detention is not applicable to this defendant.