IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge James M. Candelaria

| | |
|---|---|
| **Date: September 3, 2024** | **Probation/Pretrial: Erika Ball** |
| **Secretarial Assistant: Patricia I. Berg** | **Interpreter:** |
| **FTR in Durango, Colorado** | |

**Criminal Case No.: 24-MJ-00143-KAS**

**UNITED STATES OF AMERICA,**

                                        Jonathan Jacobson, AUSA

**Plaintiff,**

**v.**

**1. TEAK TY BROCKBANK,**                 **Counsel: Thomas Ward**
**Defendant.**

**COURTROOM MINUTES –PRELIMINARY AND DETENTION HEARING**

**Court in Session: 3:32 p.m.**

Court calls case and appearances entered.
Defendant present in custody with Counsel.

Government presents sworn witness testimony with cross examination by Defense Counsel.
Government Exhibits 1 through 7 admitted.
Defense Counsel presents sworn witness testimony with cross by Government.

Defense Counsel advises Defendant does not contest probable cause as to the preliminary hearing.

**ORDERED:**
- Court finds Government has met its burden and that probable cause has been established to believe the Defendant committed the offense charged.

Court moves to argument as to detention.

1

Government argues for Defendant's continued Detention.
Defense Counsel argues for Defendant's release on bond with conditions.

**ORDERED:**
- Court finds that there is clear and convincing evidence that the Defendant is a danger to the community and a preponderance of the evidence that Defendant is a flight risk and should be detained pending trial for the reasons set forth on the record. Government's Motion For Detention [Doc 11] is GRANTED.

- Defendant remanded to custody of U. S. Marshal

Hearing Concluded
**Court in Recess: 5:51 p.m.**
Time: 2 Hours 19 Minutes