IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 24-cr-00291-SKC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**TEAK TY BROCKBANK,**

    Defendant.

## NOTICE OF DISPOSITION

    Teak Ty Brockbank, by and through undersigned counsel, hereby notifies the Court that the parties have reached a disposition in the above-captioned matter. Mr. Brockbank respectfully requests that a date and time be scheduled for a Change of Plea hearing.

Respectfully Submitted,

s/Thomas R. Ward
Thomas R. Ward
Attorney for Defendant Teak Ty Brockbank
Stuart & Ward LLP
140 E. 19th Ave., Suite 300
Denver, CO 80203
Tel. 303-832-8888
Fax 303-863-8888
tward@stuartwardlaw.com

Dated:   October 9, 2024